# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

**ANTHONY J. SCIRICA**
CHIEF JUDGE

22614 UNITED STATES COURTHOUSE
SIXTH AND MARKET STREETS
PHILADELPHIA, PENNSYLVANIA 19106
(215) 597-2399



July 28, 2008

Honorable Ortrie D. Smith
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Smith:

      Thank you very much for your letter of July 10, 2008. Attached is an amended report supplying the required information:

      Part VII, page 4, lines 3, 8, 9, 11, 13 and 15
           and pages 5, lines 18, 20, and 26.

Sincerely,



Anthony J. Scirica

AJS:dm

| Name of Person Reporting | Date of Report |
|---|---|
| Anthony J Scirica | 5/10/08 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of Buyer/seller (if private transaction) |
| 1. Rental property ▓▓▓▓ Id | B | Rent | N | W | | | | | |
| 2. Arch Coal commm stok | | | | | sale | 1/03 | J | A | |
| 3. Central Europe Fund Commun stock | | None | | | sale | 5/17 | J | A | |
| 4. Cheasepeake Energy Corp commun stock | A | div | | | sale | 1/03 | J | A | |
| 5. Devon Energy Corp commun stock | | | | | sale | 1/03 | J | A | |
| 6. Emerging Market Telecommunications commun stock | | | | | sale | 1/03 | J | A | |
| 7. Energy Conversion Devices common stock | | | | | sale | 1/03 | J | A | |
| 8. MEMC Electronics Materials common stock | | None | | | sale | 5/4 | J | A | |
| 9. Oil SVC Holders TR common stock | | None | | | buy | 5/25 | K | | |
| 10. | | | | | sale | 8/28 | K | A | |
| 11. Oil SVC Holders Tn Commun stock | | None | | | buy | 9/10 | K | | |
| 12. | | | | | sale | 10/31 | K | A | |
| 13. Petroleo Brasileiro SA common stock | | None | | | buy | 11/01 | J | | |
| 14. | | | | | sale | 11/12 | J | A | |
| 15. RAIT Financial Trust commun stock | A | div | | | buy | 4/13 | J | | |
| 16. | | | | | sale | 5/17 | J | A | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANTHONY J SCIRICA | 5/10/08 |

## VII. INVESTMENTS and TRUSTS — _Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Common stock S&P 500 Depository Trust | A | div | | | buy | 5/25 | J | | |
| 19. | | | | | sale | 8/28 | J | | |
| 20. common stock Suntech PWR HLDGS | | None | | | sale | 5/14 | J | | |
| 21. common stock Canadian Oil Sands | A | div | J | T | part sale | 5/25 | J | | |
| 22. | | | | | buy | 9/26 | J | | |
| 23. | | | | | buy | 11/02 | J | | |
| 24. | | | | | buy | 11/08 | J | | |
| 25. Fidelity Municipal Money Market | A | int | J | T | buy | 1/31 | J | | |
| 26. common stock ENCANA Corp | | None | J | T | buy | 11/07 | J | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 ● =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SCIRICA, ANTHONY J. | U.S. Court of Appeals for the Third Circuit | 5/10/08 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge | ☐ Nomination, Date / ☐ Initial ☑ Annual ☐ Final / 5b. ☐ Amended Report | 1/1/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 22614 U.S. Courthouse 601 Market ST Philadelphia PA 19106 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | ████████ Philadelphia PA |
| 2. Visitor | ████████ Philadelphia PA |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2008 MAY 21 A 10: 26
FINANCIAL DISCLOSURE OFFICE
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Anthony J Scirica | 5/10/08 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2007 | Commonwealth of Pennsylvania PENSION | 28,884 |
| 2. | 2007 - Fall | ██████████ teaching | 10,000 |
| 3. | 2007 - Fall | ██████████ — teaching | 4,500 |
| 4. | 2007 - June | ██████████ - teaching | 5,000 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | ██████████ teacher |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ██████████ | June 2007 | Florence It. | teaching | lodging, travel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anthony J. Scirica | 5/10/08 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANThony J SCIRICA | 5/10/08 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Rental property ███████ | B | Rent | N | W | | | | | |
| 2. Arch Coal   commn stok | | | | | sale | 1/03 | J | A | |
| 3. Central Europe Fund   commn stock | | | | | sale | 5/17 | J | A | |
| 4. Cheasepeake Energy Corp   commn stock | A | div | | | sale | 1/03 | J | A | |
| 5. Devon Energy Corp   commn stock | | | | | sale | 1/03 | J | A | |
| 6. Emerging Market Telecommunications   commn stock | | | | | sale | 1/03 | J | A | |
| 7. Energy Conversion Devices   common stock | | | | | sale | 1/03 | J | A | |
| 8. MEMC Electronics Materials   commn stock | | | | | sale | 5/4 | J | A | |
| 9. O.l SVC Holders TR   commn stock | | | | | buy | 5/25 | K | | |
| 10. | | | | | sale | 8/28 | K | A | |
| 11. O.l SVC Holders TR   commn stock | | | | | buy | 9/10 | K | | |
| 12. | | | | | sale | 10/31 | K | A | |
| 13. Petroleo Brasileiro SA   commn stock | | | | | buy | 11/01 | J | | |
| 14. | | | | | sale | 11/12 | J | A | |
| 15. RAIT Financial Trust   commn stock | | | | | buy | 4/13 | J | | |
| 16. | | | | | sale | 5/17 | J | A | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANTHONY J SCIRICA | 5/10/08 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Common Stock S+P 500 Depository Trust | | | | | buy | 5/25 | J | | |
| 19. | | | | | sale | 8/28 | J | A | |
| 20. common stock Suntech PWR HLDGS | | | | | sale | 5/14 | J | A | |
| 21. common stock Canadian Oil Sands | A | div | J | T | PART sale | 5/25 | J | A | |
| 22. | | | | | buy | 9/26 | J | | |
| 23. | | | | | buy | 11/02 | J | | |
| 24. | | | | | buy | 11/08 | J | | |
| 25. Fidelity Municipal Money Market | A | int | J | T | buy | 1/31 | J | | |
| 26. common stock ENCANA Corp | | | J | T | buy | 11/07 | J | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANTHONY J SCIRICA | 5/10/08 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The following assets (common stock) were sold in 2007 and are listed in Part VII. The assets were purchased in 2006. I inadvertantly left out the purchase and purchase date in my 2006 Financial Disclosure Report.

Arch Coal (common stock) no income   buy 4/25/06   value code J
                                      Sale 1/03/07   actual value $1,017.00

Devon Energy Corp (common stock) no income   buy 11/01/06   value code J
                                             Sale 1/03/07   actual value $3,218.00

Emerging Markets Telecommunications
(common stock)   no income   buy 11/27/06   value code J
                             sale 1/03/07   actual value $1,271.00

Energy Conversion Devices   no income   buy 11/16/06   value code J
(common stock)                          Sale 1/03/07   actual value $3,303.00

| Name of Person Reporting | Date of Report |
|---|---|
| ANThony J SCIRICA | 5/10/08 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature__________

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544